**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ZEEV LELINGER, on behalf of himself and all other similarly situated consumers,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC, AND NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendants. | CASE NO. 0:23-cv-61720 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian"), incorrectly named as Experian Information Solutions, LLC, hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is a named Defendant in Civil Case No. COSO-23-005529 filed by Plaintiff Zeev Lelinger ("Plaintiff") in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (hereinafter, "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Broward County on August 17, 223. *See* **Exhibit A.**

3. This Notice is being filed with this Court within thirty (30) days after Experian was served on August 23, 2023, with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action against Experian is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the State Court Action are attached hereto as **Exhibits A–C**.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian, and Newrez LLC D/B/A Shellpoint Mortgage Servicing ("Shellpoint") alleged in the State Court Action arise under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*, and Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*, Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Accordingly, the above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(b)(a)(2), Defendant Shellpoint consents to this removal. *See* **Exhibit D**.

9. Promptly after the filing of this Notice of Removal, Experian shall provide written notice of the removal to Plaintiff in the State Court Action and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

| | |
|---|---|
| Dated: September 7, 2023 | Respectfully submitted, |
| | /s/ *Taylor Rose Cavaliere* |
| | Taylor Rose Cavaliere |
| | Fla. Bar No. 1040247 |
| | tcavaliere@jonesday.com |
| | JONES DAY |
| | 600 Brickell Avenue, Suite 3300 |
| | Miami, FL 33131 |
| | Telephone: (305) 714-9700 |
| | Facsimile: (305) 714-9799 |
| | |
| | *Attorney for Defendant* |
| | *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ *Taylor Rose Cavaliere*
Taylor Rose Cavaliere

*Attorney for Defendant*
*Experian Information Solutions, Inc.*