UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61720-CIV-COHN/HUNT

ZEEV LELINGER,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff Zeev Lelinger and Defendant Experian Information Solutions, Inc.'s Joint Stipulation of Dismissal with Prejudice [DE 28] ("Stipulation"). The Court has carefully considered the Stipulation, the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The case is **DISMISSED with prejudice**.
2. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.
3. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 19th day of January, 2024.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF